# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

09-04746/23223308

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alex Garcia, Jr. and Mary Ann Garcia<br>      Debtors.<br>_____<br>US Bank National Association as Trustee for JP Morgan Mortgage Acquisition Trust 2006-WMC3, asset backed pass-Through Certioficates, Series 2006-WMC3<br><br>      Movant,<br>  vs.<br><br>Alex Garcia, Jr. and Mary Ann Garcia, Debtors; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:09-bk-01776-EWH<br><br>Chapter 13<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #32<br><br>October 1, 2009 at 2:00 p.m. |

    NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by US Bank National Association as Trustee for JP Morgan Mortgage Acquisition Trust 2006-WMC3, asset backed pass-Through Certioficates, Series 2006-WMC3, Movant, has been set for October 1, 2009 at 2:00 p.m. to be held at the U.S. Bankruptcy Court located at 38 S. Scott Ave., Tucson, AZ, 4th floor, in Video Courtroom #206.

…

Dated this 25th day of August, 2009.

By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

COPY of the foregoing mailed
This 25th day of August, 2009 to:

Alex Garcia, Jr. and Mary Ann Garcia
11056 W. Jute Way
Marana, AZ 85653
Debtor

Eric Slocum Sparks
110 South Church Avenue
Suite 2270
Tucson, AZ 85701
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ 85741
Trustee

Pima County Treasurer
PO Box 29011
Phoenix, AZ 85038

Selelct Portfolio Services
Po Box 65450
Salt Lake City, UT 84165-0450


By: Sheri L. Wray