# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ALEX & MARY ANN GARCIA | | |
| **Case Number:** | 4:09-BK-01776-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM | COURTROOM 206 | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE:  11056 W. JUTE WAY, MARANA, AZ 85653 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC3, ASSET BACKED PASS-THROUGH CERTIOFICATES, SERIES 2006-WMC3 .

**R / M #:**   32 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR ALEX  GARCIA, MARY ANN GARCIA
LEONARD J. MCDONALD, ATTORNEY FOR US BANK NATIONAL ASSOC., Appearing in Phoenix

## *Proceedings:*

Mr. Sparks states he needs to talk to Mr. McDonald about setting up a conduit payment and they will file a modified plan.

Mr. McDonald does not object to a continuance.

COURT:  THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON WEDNESDAY, NOVEMBER 4, 2009 AT 2:00 P.M.